# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOE HENRY SCOTT, III,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 09-0677-CG-C** |
| **WALTER MYERS, et al.,** | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 8th day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE